IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DAVID CHAVIERS, NORMAN CHAVIERS, KELLIE LEDBETTER, and TOM HANCOCK, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) | 
| MIRABILIS VENTURES, INC., and FRANK AMODEO, et al., | ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO.
CV-07-0442-CLS

## JOINT MOTION FOR SCHEDULING ORDER WITH RESPECT TO AMENDING COMPLAINT AND RESPONDING TO COMPLAINT AND AMENDED COMPLAINT

Plaintiffs, David Chaviers, Norman Chaviers, Kellie Ledbetter, and Tom Hancock (collectively "Plaintiffs") and the Defendants Mirabilis Ventures, Inc. and Frank Amodeo (collectively "Defendants"), jointly move this Court for a Scheduling Order which will set the time for the Plaintiffs to amend their complaint and for the Defendants to respond to the complaint and amended complaint. In support of this joint motion, the parties state as follows:

1. Plaintiffs filed this lawsuit on March 8, 2007. Defendants received service of the complaint on March 12, 2007. Defendant' current deadline to response to the complaint is April 2. 2007.

2. Defendants requested Plaintiffs consent to a short extension of the April 2, 2007 deadline to respond to the complaint. Plaintiffs do not object to this extension. Plaintiffs also have given notice of their intent to amend and/or restate the complaint.

898422.1

3.  To accommodate the timing/scheduling concerns of all parties, the parties jointly propose the following schedule:

    a.  The Plaintiffs will file their amended complaint no later than April 10, 2007.

    b.  The Defendants will file a response to the complaint and amended complaint no later than May 4, 2007.

4.  This is a special appearance by the Defendants for the sole purpose of scheduling with regard to pleading deadlines and does not represent acquiescence by the Defendants to jurisdiction or venue in this Court.

5.  No party will be prejudiced by the schedule proposed in this motion. In fact, all parties will benefit from the proposed schedule.

WHEREFORE, PREMISES CONSIDERED, the parties jointly request this motion be GRANTED and the above scheduling be implemented by the Court.

Respectfully submitted,

/s _____
Phillip W. Williams, Jr.
Attorney for the Plaintiffs
BRUNSON & ASSOCIATES, P.A.
301 Broad Street
P.O. Box 1189
Gadsden, Alabama 35902-1189
Telephone: (256) 546-9205
Facsimile: (256) 546-8091

**Counsel for Plaintiffs**

Of counsel for plaintiffs:

John M. Gross
TAYLOR, BUSCH, SLIPAKOFF & DUMA LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

/s_____
Eric B. Langley
David Burkholder
Attorneys for Defendants
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5689
E-mail: elangley@balch.com
       dburkholder@balch.com

**Counsel for Defendants**

Dated: March 28th, 2007.