IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DAVID CHAVIERS, NORMAN ) <br> CHAVIERS, KELLIE LEDBETTER, ) <br> and TOM HANCOCK, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MIRABILIS VENTURES, INC., and ) <br> FRANK AMODEO, et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO. <br> CV-07-0442-CLS |

### DEFENDANT AMODEO'S MOTION TO DISMISS
### FOR LACK OF PERSONAL JURISDICTION

Pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, Defendant Frank Amodeo ("Amodeo") moves this Court to dismiss the Complaint and Amended Complaint of Plaintiffs David Chaviers, Norman Chaviers, Kellie Ledbetter, and Tom Hancock (collectively "Plaintiffs") against Amodeo for lack of personal jurisdiction. This Court cannot exercise personal jurisdiction against Amodeo consistent with the Due Process Clauses in the Fifth and Fourteenth Amendments.

In further support of this motion, Amodeo submits the following:

905872.1

a) the Declaration of Frank L. Amodeo, attached hereto as Exhibit A; and

b) the contemporaneously filed Brief in Support of Motion to Dismiss for Lack of Personal Jurisdiction.

Defendant Amodeo respectfully requests that this Court:

a) grant Amodeo's Motion to Dismiss for Lack of Personal Jurisdiction;

b) dismiss Plaintiff's Complaint and Amended Complaint against Amodeo; and

c) grant Amodeo such other and further relief as is just and proper.

Dated: May 4, 2007.

Respectfully submitted,

/s_____
Charles A. Burkhart
Eric B. Langley
David Burkholder
Attorneys for Defendants
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5689
E-mail: cburkhart@balch.com
elangley@balch.com
dburkholder@balch.com

**Counsel for Defendants**

Of Counsel for Defendants:

Mark J. Bernet, Esq.
200 South Orange Avenue, Suite 2800
Orlando, FL  32801
Telephone: (407) 517-7779
Facsimile: (407) 454-5102
mbernet@mirabilisventures.com
Florida Bar No. 606359

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DAVID CHAVIERS, NORMAN CHAVIERS, KELLIE LEDBETTER, and TOM HANCOCK, <br><br> Plaintiffs, <br><br> v. <br><br> MIRABILIS VENTURES, INC., and FRANK AMODEO, et al., <br><br> Defendants. | CIVIL ACTION NO. <br> CV-07-0442-CLS |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 4, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Phillip W. Williams, Jr. / phwill@sbswlegal.com

and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

905872.1

3

John M. Gross
TAYLOR, BUSCH, SLIPAKOFF & DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

Counsel for Plaintiffs

Mark J. Bernet, Esq.
200 South Orange Avenue, Suite 2800
Orlando, FL 32801
Telephone: (407) 517-7779
Facsimile: (407) 454-5102
mbernet@mirabilisventures.com
Florida Bar No. 606359

Counsel for Defendants

/s_____
Charles A. Burkhart
Eric B. Langley
David Burkholder
Attorneys for Defendants
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5689
E-mail: cburkhart@balch.com
       elangley@balch.com
       dburkholder@balch.com

**Counsel for Defendants**