IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| DAVID G. CHAVIERS, NORMAN CHAVIERS, KELLIE LEDBETTER, and TOM HANCOCK,<br><br>Plaintiffs,<br><br>v.<br><br>MIRABILIS VENTURES, INC., and FRANK AMODEO, et al.,<br><br>Defendants. | CIVIL ACTION NO.<br>CV-07-0442-CLS<br>**OPPOSED** |

## PLAINTIFFS' MOTION TO STRIKE DECLARATION OF FRANK AMODEO

Plaintiffs David Chaviers, Norman Chaviers, Kellie Ledbetter and Tom Hancock (collectively, "Plaintiffs") hereby move to strike the Declaration of Frank Amodeo, which Mr. Amodeo submitted in support of his Motion to Dismiss. In support of this Motion, Plaintiffs submit their (i) Brief in Support of Motion to Strike and in Opposition to Motion to Dismiss of Frank Amodeo, (ii) a Declaration of David Chaviers (the "Chaviers Decl."); and (iii) exhibits to the Declaration of

David Chaviers, including written evidence, recordings and transcripts of phone calls,[1] and other materials.

As set forth further in Plaintiffs' Brief and other supporting materials, Mr. Amodeo's Declaration contains numerous falsehoods, including falsehoods that are material to his Declaration, to his Motion, and indeed to Plaintiffs' claims. With the Chaviers Declaration, Plaintiffs submit recordings and transcripts of telephone communications between plaintiff David Chaviers and Mr. Amodeo which directly contradict statements to which Mr. Amodeo has sworn in his Declaration, as well as other evidence demonstrating the falsity of numerous statements in Mr. Amodeo's Declaration. Accordingly, Mr. Amodeo's Affidavit should be stricken, and Plaintiffs respectfully submit that this Court should consider what further sanctions and proceedings may be appropriate with respect to Mr. Amodeo's Declaration.

Respectfully submitted, this 18th day of May, 2007.

/s/ Phillip W. Williams,
Phillip W. Williams, Jr.
BRUNSON & ASSOCIATES, P.A.
301 Broad Street
P.O. Box 1189

---

[1] A CD with audio recordings and a DVD are included in the hard copies of the Chaviers Declaration and exhibits which Plaintiffs are physically filing and serving. The copy of the Declaration and exhibits e-filed with the Court includes "placeholders" in place of the CD and DVD. The exhibits in both the e-filing and hard copies include written transcripts of the recordings on the CD.

2

Gadsden, Alabama 35902-1189
Telephone: (256) 546-9205
Facsimile: (256) 546-8091

**Counsel for Plaintiffs**


/s/ John M. Gross
John M. Gross
Ramsey Knowles
TAYLOR, BUSCH, SLIPAKOFF & DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

**Co-Counsel for Plaintiffs**
(pro hac application pending)

## CERTIFICATE OF SERVICE

I hereby certify that I have served **PLAINTIFFS' MOTION TO STRIKE DECLARATION OF FRANK AMODEO** by causing a true and accurate copy to be deposited in the United States mail, postage prepaid, addressed as follows:

> Eric B. Langley
> David Burkholder
> BALCH & BINGHAM LLP
> P.O. Box 306
> Birmingham, AL 35201-0306

This 18th day of May, 2007.

/s/ Phillip W. Williams,
Phillip W. Williams, Jr.
BRUNSON & ASSOCIATES, P.A.
301 Broad Street
P.O. Box 1189
Gadsden, Alabama 35902-1189
Telephone: (256) 546-9205
Facsimile: (256) 546-8091

**Counsel for Plaintiffs**


/s/ John M. Gross
John M. Gross
Ramsey Knowles
TAYLOR, BUSCH, SLIPAKOFF & DUMA, LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339
Telephone: (770) 434-6868
Facsimile: (770) 434-7376

**Co-Counsel for Plaintiffs**
(pro hac application pending)