# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DAVID CHAVIERS, NORMAN CHAVIERS, KELLIE LEDBETTER, and TOM HANCOCK**, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>**MIRABILIS VENTURES, INC., and FRANK AMODEO, et al.**, )<br>)<br>Defendants. ) | **CIVIL ACTION NO.**<br>**CV-07-0442-CLS** |

## NOTICE OF APPEARANCE

Comes now Charles A. Burkhart of the law firm of Balch & Bingham LLP and gives notice of his appearance on behalf of defendant Mirabilis Ventures, Inc.; and Frank Amodeo. All pleadings, motions, orders and other papers in the case should be served on the undersigned counsel through CM/ECF electronic filing system.

Dated: June 5, 2007.

911436.1

Respectfully submitted,

/s Charles A. Burkhart
  Charles A. Burkhart
  Eric B. Langley
  David Burkholder
  Attorneys for Defendants
  BALCH & BINGHAM LLP
  Post Office Box 306
  Birmingham, AL 35201-0306
  Telephone: (205) 251-8100
  Facsimile: (205) 488-5689
  E-mail: cburkhart@balch.com
         elangley@balch.com
         dburkholder@balch.com

**Counsel for Defendants**

**Of Counsel for Defendants:**
Mark J. Bernet, Esq.
200 South Orange Avenue, Suite 2800
Orlando, FL  32801
Telephone: (407) 517-7779
Facsimile: (407) 454-5102
mbernet@mirabilisventures.com
Florida Bar No. 606359

911436.1

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DAVID CHAVIERS, NORMAN CHAVIERS, KELLIE LEDBETTER, and TOM HANCOCK,** )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>**MIRABILIS VENTURES, INC., and FRANK AMODEO, et al.,**  )<br>)<br>Defendants.  ) | **CIVIL ACTION NO. CV-07-0442-CLS** |

## CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Phillip W. Williams, Jr.
phwill@sbswlegal.com

John M. Gross /
jgross@taylor-busch.com

John J. Richard /
jrichard@taylor-busch.com

Ramsey rknowles@taylor-busch.com

911436.1

3

        /s Charles A. Burkhart
Charles A. Burkhart
Eric B. Langley
David Burkholder
Attorneys for Defendants
BALCH & BINGHAM LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 488-5689
E-mail: cburkhart@balch.com
       elangley@balch.com
       dburkholder@balch.com

**Counsel for Defendants**