FILED
2007 Dec-10 PM 02:40
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

C:\Documents and Settings\jlaws\Desktop\Exhibit B.doc

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| DAVID CHAVIERS, NORMAN )<br>CHAVIERS, KELLIE LEDBETTER, )<br>and TOM HANCOCK,            )<br>                              )<br>    Plaintiffs,              )<br>                              )<br>v.                            )<br>                              )<br>MIRABILIS VENTURES, INC., and )<br>FRANK AMODEO, et al.,         )<br>                              )<br>    Defendants.               ) | CIVIL ACTION NO.<br>CV-07-0442-CLS |

## [DRAFT] AMENDMENT TO SCHEDULING ORDER

This Amendment to the Court's current Scheduling Order states as follows:

1.  All entries in the current Scheduling Order shall remain effective unless otherwise modified herein.

2.  **Discovery Cutoff:** All discovery must be commenced in time to be completed by April 4, 2008.

3.  **Dispositive Motions:** All potentially dispositive motions, including *Daubert* motions, must be filed by April 15, 2008.

4.  **Final Lists:** Lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed by all parties by May 3, 2008.

5.  **Trial:** The parties shall be ready for trial by June, 2008.

946061.1

**ORDERED** this _____ day of December, 2007.

_____
United States District Judge