# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | |
|---|---|
| DAVID G. CHAVIERS, NORMAN CHAVIERS, KELLIE LEDBETTER, and TOM HANCOCK, )))) | |
| Plaintiffs, ) | |
| vs. ) | Civil Action No. CV-07-S-442-M |
| MIRABILIS VENTURES, INC., and FRANK AMODEO, )))) | |
| Defendants. ) | |

## ORDER

This matter is before the court on the joint motion for extension of deadlines (doc. no .30). The motion is DENIED. This case was filed in March of this year. Any difficulties the parties may have faced in obtaining discovery in order to meet the discovery deadline of January 4, 2008, should have been brought to the court's attention long before now. The parties have chosen to proceed in a venue that will only modify the scheduling order for good cause shown. Deadlines are rarely extended.

DONE this 13th day of December, 2007.

_____
United States District Judge