# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DAVID CHAVIERS, NORMAN CHAVIERS, KELLIE LEDBETTER, and TOM HANCOCK,** | **CIVIL ACTION NO. CV -07-0442-CLS** |
| **Plaintiffs,** | |
| V. | |
| **MIRABILIS VENTURES INC., and FRANK AMODEO, et al.,** | |
| **Defendants.** | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties having settled their differences with regard to the above-styled lawsuit, Plaintiffs David Chaviers, Kellie Ledbetter, Tom Hancock, and the estate of Norman Chaviers, on the one hand, and Defendants Mirabilis Ventures, Inc. and Frank Amodeo, on the other hand and pursuant to Federal Rule of Civil Procedure 41(a)(1) and (c), hereby stipulate to the dismissal of the Plaintiffs' claims in the above-styled lawsuit with prejudice, as well as the dismissal of Defendants' counterclaims in the above-styled lawsuit with prejudice, each party to bear its own costs.

956304.1

Respectfully submitted,

_____
One of the Attorneys for Defendants
Eric B. Langley
David Burkholder
BALCH & BINGHAM, LLP
Post Office Box 306
Birmingham, AL 35201-0306
Telephone: (205) 251-8100
Facsimile: (205) 226-8789


_John Gross_ w/p _____
One of the Attorneys for Plaintiffs

John M. Gross
John J. Richard
Ramsay Knowles
Taylor, Busch, Slipakoff & Duma LLP
1600 Parkwood Circle, Suite 200
Atlanta, Georgia 30339

Phillip W. Williams, Jr.
Brunson & Associates, P.A.
301 Broad Street
P.O. Box 1189
Gadsden, Alabama 35901-1189